# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## AMENDED ABSTRACT OF JUDGMENT

**Case No.** 8-23-73863-reg
**Adv. Proc. No.** 8-24-08089-reg

| Names of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Anjali Soni<br>10 Bel Air Court<br>Oyster Bay, New York 1771 | Mark A Frankel, Chapter 7 Trustee<br>Backenroth Frankel & Krinsky<br>489 Fifth Ave<br>New York, NY 10017<br>(212) 593-1100 |

| Amount of Judgment | Names and Address of Attorneys | | When Docketed |
|---|---|---|---|
| $220,000.00 | Attorney For Plaintiff<br>New Falls Corporation<br><br>Steven Giordano<br>Vlock & Associates, P.C.<br>630 Third Avenue<br>18th Floor<br>New York, NY 10017 | Attorney For Defendant<br>Anjali Soni<br><br>Kenneth A. Reynolds<br>The Law Offices of Kenneth A. Reynolds<br>105 Maxess Road<br>Suite 124<br>Melville, NY 11747 | May 13, 2025 |

**I CERTIFY, that the foregoing is a correct Abstract of Judgment.**

**Dated: Brooklyn, New York**
**May 20, 2025**

**PAUL DICKSON**
**Clerk of Court**

**By:** /Shanel Riley
Deputy Clerk