# Law Office of Eric J. Warner, LLC

Attorney-at-Law

ERIC J. WARNER*
eric@ejwlawfirm.com
*Member of NJ, NY & PA Bars

October 8, 2026

Via ECF

Hon. Sheryl P. Giugliano
United States Bankruptcy Judge
United States Bankruptcy Court, Eastern District of New York
Alfonse M. D'Amato United States Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Re:** ***New Falls Corporation, et al. v. Soni Holdings, LLC, et al.; Adv. Proc. No. 8-24-08089-spg; In re Soni Holdings, LLC, Case No. 8-23-73863-spg (Chapter 7) - Notice of Status Conference***

Dear Judge Giugliano:

PLEASE TAKE NOTICE that, pursuant to Chambers' direction on October 8, 2026, a status conference will be held before the Honorable Sheryl P. Giugliano, United States Bankruptcy Judge, on November 10, 2026 at 10:30 a.m. (Eastern Time), by Zoom.

PLEASE TAKE FURTHER NOTICE that the conference relates to counsel's letter requesting a conference filed on October 6, 2026 as Docket No. 175 in Adversary Proceeding No. 8-24-08089-spg.

Participants must register through the Court's eCourt Appearances system at least two business days before the conference. Remote-access information will be provided through that system.

Very truly yours,

/s/ Eric J. Warner
Eric J. Warner, Esq.
Counsel for Weanona Hugie, Richard Spears, and Wesley Meade

Cc: Counsel of Record (Via PACER)